

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2019

Nos. 04-19-00192-CR & 04-19-00193-CR

John Joe **AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR7068 & 2018CR10374
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

John Joe Avalos has filed his appellant's brief in which he challenges the constitutionality of a state statute. The record does not reflect that the attorney general is a party or counsel in the litigation. We therefore **order** appellant to complete and file in this court by August 10, 2019 the "Challenge to the Constitutionality of a State Statute" form. *See* TEX. CONST. art. V, § 32; TEX. GOV'T CODE § 402.010.

We order the clerk of this court to provide a copy of the form to appellant. The form may also be found at http://www.txcourts.gov/media/687731/constitutionality.pdf.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court